A. LEO SMITH, as Administrator of the Estate of SALLY SMITH, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a railroad negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

FRANK L. STEFFEN, as Administrator of the Estate of JESSIE M. STEFFEN, Deceased, Respondent, v. ERIE RAILROAD COMPANY, Appellant, et al., Defendants.— Judgment and order affirmed, with costs. All concur. (Appeal from a

judgment for plaintiff in a railroad negligence action. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.